1 | James F. Basile (SBN 228965)
jbasile@kirkland.com
2 | Julie A. Ahrens (SBN 230170)
jahrens@kirkland.com
3 | KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
4 | San Francisco, California 94104-1501
Telephone:    (415) 439-1400
5 | Facsimile:    (415) 439-1500

6 | Attorneys for Defendants
UNITED AIRLINES and
7 | UNITED AVIATION FUELS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO, | CASE NO. C 06-3761 SI |
| Plaintiff and Petitioner, | **STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT STATE BOARD OF EQUALIZATION'S MOTION TO REMAND, DISMISS AND/OR ABSTAIN** |
| vs. | |
| STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20, | District Court Judge: Hon. Susan Illston |
| Defendants and Respondents. | |

Plaintiff COUNTY OF SAN MATEO and Defendants STATE BOARD OF EQUALIZATION, CITY OF OAKLAND, UNITED AIRLINES, and UNITED AVIATION FUELS, hereby stipulate to continue to September 1, 2006 at 9:00 a.m., the hearing on Defendant State Board of Equalization's Motion to Remand, Dismiss and/or Abstain currently calendared for August 18, 2006. The parties further stipulate to the following briefing schedule: United Airlines and United Aviation Fuels will file their opposition papers on or before August 7, 2006; the County of San Mateo will file a reply, if any, on or before August 16, 2006; and all other reply briefs will be filed on or before August 18, 2006. In accordance with Civil Local Rule 6-1(a) this extension will not alter the date of any other event or deadline already fixed by Court order.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 3 | Dated: July 27, 2006.  THOMAS F. CASEY III, COUNTY COUNSEL |

Dated: July 27, 2006.                    THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/ David A. Silberman
David A. Silberman, Deputy

Attorneys for Plaintiffs and Petitioners
COUNTY OF SAN MATEO

Dated: July 27, 2006.                    OFFICE OF THE ATTORNEY GENERAL

By: /s/ Kris Whitten
Kris Whitten

Attorneys for Defendant and Respondent
STATE BOARD OF EQUALIZATION

Dated: July 27, 2006.                    OAKLAND CITY ATTORNEY'S OFFICE

By: /s/ Bill Simmons
Bill Simmons

Attorneys for Defendant and Respondent
CITY OF OAKLAND

Dated: July 27, 2006.                    KIRKLAND & ELLIS LLP

By: /s/ Julie A. Ahrens
Julie A. Ahrens (SBN 230170)

Attorneys for Defendants and Respondents
UNITED AIRLINES and
UNITED AVIATION FUELS

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Susan Illston, Judge Susan Illston]