IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO, | No. C 06-03761 SI |
| Plaintiff and Petitioner, | **ORDER GRANTING IN PART MOTION FOR REMAND; REMANDING FIRST AND SECOND CAUSES OF ACTION TO SUPERIOR COURT FOR COUNTY OF SAN MATEO** |
| v. | |
| STATE BOARD OF EQUALIZATION, et al., | |
| Defendants and Respondents. | |

On September 1, 2006, the Court heard oral argument on defendant State Board of Equalization's motion to remand. All parties agree that plaintiff's claims against SBE are barred by sovereign immunity and should be remanded to the Superior Court for the County of San Mateo. Accordingly, the Court hereby GRANTS defendant's motion and REMANDS the first and second causes of action to the Superior Court for the County of San Mateo. (Docket No. 14).[1] The Court retains jurisdiction over the remaining causes of action contained in the complaint. *See Lee v. American Nat. Ins. Co.*, 260 F.3d 997, 1007 & n.8 (9th Cir. 2001) (recognizing that Supreme Court case law and 28 U.S.C. § 1447(c) may "permit a district court to retain claims over which the court has subject matter jurisdiction, but remand those over which it lacks jurisdiction").

**IT IS SO ORDERED.**

Dated: September 1, 2006

SUSAN ILLSTON
United States District Judge

---

[1] Because the Court remands these causes of action based on sovereign immunity, the Court does not reach defendant's arguments regarding the Tax Injunction Act or abstention.