James F. Basile (SBN 228965)
jbasile@kirkland.com
Julie A. Ahrens (SBN 230170)
jahrens@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants
UNITED AIRLINES and
UNITED AVIATION FUELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>    Plaintiff and Petitioner,<br><br>vs.<br><br>STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20,<br><br>    Defendants and Respondents. | CASE NO. C 06-3761 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>District Court Judge: Hon. Susan Illston |

On September 15, 2006, this Court stayed this case and continued the Case Management Conference in order to provide the parties an opportunity to mediate. Plaintiff COUNTY OF SAN MATEO and Defendants UNITED AIRLINES and UNITED AVIATION FUELS worked diligently to obtain a date for mediation before December 1, 2006, but the parties' chosen mediator, Judge Cahill, was not available before December 1. The parties have scheduled a mediation for December 15, 2006.

Therefore, Plaintiff COUNTY OF SAN MATEO and Defendants UNITED AIRLINES and UNITED AVIATION FUELS hereby stipulate to continue to January 26, 2007, the Further Case Management Conference currently calendared for December 1, 2006 at 2:30 p.m. In accordance with Civil Local Rule 6-1(a) this extension will not alter the date of any other event or

Stip. to Continue CMC                                                                                                       Case No. C 06-3761 SI

| | |
|---|---|
| 1 | deadline already fixed by Court order. |
| 2 |         IT IS SO STIPULATED. |
| 3 | |
| 4 | Dated: November 21, 2006.        THOMAS F. CASEY III, COUNTY COUNSEL |
| 5 | |
| 6 | |
| 7 |         By: /s/ David A. Silberman_____ <br>         David A. Silberman, Deputy |
| 8 | |
| 9 |         Attorneys for Plaintiffs and Petitioners <br>         COUNTY OF SAN MATEO |
| 10 | Dated: November 21, 2006.        KIRKLAND & ELLIS LLP |
| 11 | |
| 12 | |
| 13 |         By: /s/ Julie A. Ahrens_____ <br>         Julie A. Ahrens (SBN 230170) |
| 14 | |
| 15 |         Attorneys for Defendants and Respondents <br>         UNITED AIRLINES and <br>         UNITED AVIATION FUELS |



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**GENERAL ORDER 45 ATTESTATION**

I, Julie A. Ahrens, am the ECF user whose ID and password are being used to file this STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that David A. Silberman has concurred in this filing.

      /s/ Julie A. Ahrens
Julie A. Ahrens