James F. Basile (SBN 228965)
jbasile@kirkland.com
Julie A. Ahrens (SBN 230170)
jahrens@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104-1501
Telephone:    415 439-1400
Facsimile:    415 439-1500

Attorneys for Defendants and Respondents
UNITED AIRLINES and
UNITED AVIATION FUELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>    Plaintiff and Petitioner,<br><br>v.<br><br>STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20,<br><br>    Defendants and Respondents. | Case No.  C 06-3761 SI<br><br>**STIPULATION TO STAY FURTHER PROCEEDINGS**<br><br>Judge:    Hon. Susan Illston |

On September 1, 2006, this Court remanded the first and second causes of action of the Plaintiff COUNTY OF SAN MATEO's ("County's") Complaint to the Superior Court of California for the County of San Mateo.  This Court retained jurisdiction over the County's remaining causes of action against Defendants UNITED AIRLINES and UNITED AVIATION FUELS ("United").  *See* Order Granting In Part Motion For Remand; Remanding First and Second Causes of Action To Superior Court for County of San Mateo, Case No. C 06-3761, Docket #27.

Upon remand, the State Board of Equalization and the City of Oakland, the defendants to the County's first two causes of action, successfully moved for a change of venue, and the case is

| STIPULATION TO STAY FURTHER PROCEEDINGS | 1 | CASE NO.C 06-3761 SI |
|---|---|---|

currently proceeding in the Superior Court of California for the County of San Francisco, Case No. CGC-07-459514 ("State Court Proceeding").

The resolution of the State Court Proceeding and the legal questions at issue there may directly affect the County's claims against United in this case, Case No. C 06-3761. Therefore, the County and United hereby stipulate to stay all further proceedings in this federal case and not to initiate any further litigation, in any forum, between the County and United arising from or related to the same nucleus of operative facts alleged in the Complaint, including compulsory counterclaims, until the entry of a final judgment and resolution of all appellate issues in the State Court Proceeding, Case No. CGC 07-459514. Although the County agrees not to attempt to join United and United agrees not to attempt to intervene in the State Court Proceeding, United retains the right to file amicus briefs in the State Court Proceeding or appeals arising out of the State Court Proceeding.

The parties further stipulate to continue the Further Case Management Conference to August 3, 2007 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: February 6, 2007

THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/ David A. Silberman
David A. Silberman, Deputy
Attorneys for Plaintiffs and Petitioners

COUNTY OF SAN MATEO

Dated: February __, 2007

KIRKLAND & ELLIS LLP

By: /s/ Julie A. Ahrens
Julie A. Ahrens

Attorneys for Defendants
UNITED AIRLINES and
UNITED AVIATION FUELS



IT IS SO ORDERED
Judge Susan Illston

STIPULATION TO STAY FURTHER PROCEEDINGS — 2 — CASE NO. C 06-3761 SI

## **GENERAL ORDER 45 ATTESTATION**

I, Julie A. Ahrens, am using my ECF user ID and password to file this STIPULATION TO STAY FURTHER PROCEEDINGS. In compliance with General Order 45, X.B., I hereby attest that David A. Silberman has concurred in this filing.

                                        /s/ Julie A. Ahrens
                                        Julie A. Ahrens