James F. Basile (SBN 228965)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: jbasile@kirkland.com

Attorneys for Defendants and Respondents
UNITED AIRLINES and
UNITED AVIATION FUELS

MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
David Silberman, Deputy (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4749
Facsimile: (650) 363-4034
E-mail: dsilberman@co.sanmateo.ca.us

Attorneys for Plaintiff and Petitioner
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO, | CASE NO. C 06-3761 SI |
| Plaintiff and Petitioner, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | Date: August 15, 2008<br>Time: 2:30 p.m. |
| STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20, | Judge: The Honorable Susan Illston |
| Defendants and Respondents. | |

**RECITALS**

1. The County and United Airlines are scheduled to appear this Friday, August 15, 2008 for a Fifth Case Management Conference.

2.  Following the parties' Second Case Management Conference on February 2, 2007, this Court stayed the above-entitled action (Docket Entry 40) pursuant to the parties' stipulation.

3.  At each subsequent Case Management Conference the Court has continued the stay.

4.  The County and United Airlines request in their Fifth Joint Case Management Statement that Court continue the stay for sixth more months.

5.  At the Fourth Case Management Conference the Court indicated that it would likely excuse attendance at the Fifth Case Management Conference if the parties submitted a stipulation so requesting, which they hereby do.

Dated: August 13, 2008             MICHAEL P. MURPHY, COUNTY COUNSEL

                                   By: _____/s/_____
                                       David A. Silberman, Deputy[1]

                                   Attorneys for Plaintiffs and Petitioners
                                   COUNTY OF SAN MATEO

Dated: August 13, 2008             KIRKLAND & ELLIS LLP

                                   By: _____/s/_____
                                       James Basile

                                   Attorneys for Defendants
                                   UNITED AIRLINES and
                                   UNITED AVIATION FUELS

---

[1] I, David Silberman hereby attest, pursuant to General Order 45, section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT           2                              Case No. C 06-3761 SI
AND [PROPOSED] ORDER

**CASE MANAGEMENT ORDER**

The Court hereby ORDERS that the stay, currently in effect, be continued and that the parties return for a further case management conference on Friday, _____, 2009. The case management conference scheduled for August 15, 2008 is VACATED.

Dated: _____              _____
                                       The Honorable Susan Illston, Judge

L:\LITIGATE\COUNTY\State Board of Equalization- FEDERAL\Pleadings\Stipulation and Order re Fifth CMC.DOC