| | |
|---|---|
| 1 | James F. Basile (SBN 228965) |
| | KIRKLAND & ELLIS LLP |
| 2 | 555 California Street, 27th Floor |
| | San Francisco, California 94104-1501 |
| 3 | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 4 | E-mail: jbasile@kirkland.com |
| 5 | Attorneys for Defendants and Respondents |
| | UNITED AIRLINES and |
| 6 | UNITED AVIATION FUELS |
| 7 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887) |
| | David Silberman, Deputy (SBN 211708) |
| 8 | Hall of Justice and Records |
| | 400 County Center, 6th Floor |
| 9 | Redwood City, CA 94063 |
| | Telephone: (650) 363-4749 |
| 10 | Facsimile: (650) 363-4034 |
| | E-mail: dsilberman@co.sanmateo.ca.us |
| 11 | |
| 12 | Attorneys for Plaintiff and Petitioner |
| | COUNTY OF SAN MATEO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COUNTY OF SAN MATEO, | ) | CASE NO. C 06-3761 SI |
| | ) | |
| Plaintiff and Petitioner, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | |
| vs. | ) | Date: August 15, 2008 |
| | ) | Time: 2:30 p.m. |
| STATE BOARD OF EQUALIZATION; CITY | ) | Judge: The Honorable Susan Illston |
| OF OAKLAND; UNITED AIRLINES; | ) | |
| UNITED AVIATION FUELS; and DOES 1-20, | ) | |
| | ) | |
| Defendants and Respondents. | ) | |

### **RECITALS**

1. The County and United Airlines are scheduled to appear this Friday, August 15, 2008 for a Fifth Case Management Conference.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER
CASE NO. C 06-3761 SI

2. Following the parties' Second Case Management Conference on February 2, 2007, this Court stayed the above-entitled action (Docket Entry 40) pursuant to the parties' stipulation.

3. At each subsequent Case Management Conference the Court has continued the stay.

4. The County and United Airlines request in their Fifth Joint Case Management Statement that Court continue the stay for sixth more months.

5. At the Fourth Case Management Conference the Court indicated that it would likely excuse attendance at the Fifth Case Management Conference if the parties submitted a stipulation so requesting, which they hereby do.

Dated: August 13, 2008   MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____/s/_____
David A. Silberman, Deputy[1]

Attorneys for Plaintiffs and Petitioners
COUNTY OF SAN MATEO

Dated: August 13, 2008   KIRKLAND & ELLIS LLP

By: _____/s/_____
James Basile

Attorneys for Defendants
UNITED AIRLINES and
UNITED AVIATION FUELS

_____

[1] I, David Silberman hereby attest, pursuant to General Order 45, section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER  **2**  Case No. C 06-3761 SI

## CASE MANAGEMENT ORDER

The Court hereby ORDERS that the stay, currently in effect, be continued and that the parties return for a further case management conference on Friday, __November 7, 2008__, 2009. The case management conference scheduled for August 15, 2008 is VACATED.

Dated: _____            _____
                                                          *Susan Illston*
                                                    The Honorable Susan Illston, Judge

L:\LITIGATE\COUNTY\State Board of Equalization- FEDERAL\Pleadings\Stipulation and Order re Fifth CMC.DOC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER     **3**     Case No. C 06-3761 SI