James F. Basile (SBN 228965)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: jbasile@kirkland.com

Attorneys for Defendants and Respondents
UNITED AIRLINES and
UNITED AVIATION FUELS

MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
David Silberman, Deputy (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4749
Facsimile: (650) 363-4034
E-mail: dsilberman@co.sanmateo.ca.us

Attorneys for Plaintiff and Petitioner
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO, | CASE NO. C 06-3761 SI |
| Plaintiff and Petitioner, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | Date: November 7, 2008<br>Time: 2:30 p.m. |
| STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20, | Judge: The Honorable Susan Illston |
| Defendants and Respondents. | |

**RECITALS**

1. The County and United Airlines are scheduled to appear Friday, November 7, 2008 for a Sixth Case Management Conference.

2. Following the parties' Second Case Management Conference on February 2, 2007, this Court stayed the above-entitled action (Docket Entry 40) pursuant to the parties' stipulation.

3. At each subsequent Case Management Conference the Court has continued the stay.

4. The County and United Airlines request in their Sixth Joint Case Management Statement that Court continue the stay for sixth more months.

5. At the Fourth Case Management Conference the Court indicated that it would likely excuse attendance at the Case Management Conferences if the parties submitted a stipulation so requesting, which they hereby do.

Dated: October, 2008          MICHAEL P. MURPHY, COUNTY COUNSEL


By: _____/s/_____
    David A. Silberman, Deputy[1]

Attorneys for Plaintiffs and Petitioners
COUNTY OF SAN MATEO

Dated: October 8, 2008          KIRKLAND & ELLIS LLP


By: _____/s/_____
    James Basile

Attorneys for Defendants
UNITED AIRLINES and
UNITED AVIATION FUELS

_____

[1] I, David Silberman hereby attest, pursuant to General Order 45, section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT          2          Case No. C 06-3761 SI
AND [PROPOSED] ORDER

## CASE MANAGEMENT ORDER

The Court hereby ORDERS that the stay, currently in effect, be continued and that the parties return for a further case management conference on Friday, __2/27_____, 2009. The case management conference scheduled for November 7, 2008 is VACATED.

Dated: _____          _____
                                 The Honorable Susan Illston, Judge

L:\LITIGATE\COUNTY\State Board of Equalization- FEDERAL\Pleadings\Stipulation and Order re Sixth CMC.DOC