James F. Basile (SBN 228965)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: jbasile@kirkland.com

Attorneys for Defendants and Respondents
UNITED AIRLINES and
UNITED AVIATION FUELS

MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
David Silberman, Deputy (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4749
Facsimile: (650) 363-4034
E-mail: dsilberman@co.sanmateo.ca.us

Attorneys for Plaintiff and Petitioner
COUNTY OF SAN MATEO

**DENIED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO, | CASE NO. C 06-3761 SI |
| Plaintiff and Petitioner, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | Date: February 27, 2009<br>Time: 2:30 p.m. |
| STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20, | Judge: The Honorable Susan Illston |
| Defendants and Respondents. | |

**RECITALS**

1. The County and United Airlines are scheduled to appear Friday, February 27, 2009 for a Seventh Case Management Conference.

2. Following the parties' Second Case Management Conference on February 2, 2007, this Court stayed the above-entitled action (Docket Entry 40) pursuant to the parties' stipulation.

3. At each subsequent Case Management Conference the Court has continued the stay.

4. The County and United Airlines request in their Seventh Joint Case Management Statement that Court continue the stay for nine more months.

5. At the Fourth Case Management Conference the Court indicated that it would likely excuse attendance at the Case Management Conferences if the parties submitted a stipulation so requesting, which they hereby do.

Dated: February 12, 2009        MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____/s/_____
David A. Silberman, Deputy[1]

Attorneys for Plaintiffs and Petitioners
COUNTY OF SAN MATEO

Dated: February 12, 2009        KIRKLAND & ELLIS LLP

By: _____/s/_____
James Basile

Attorneys for Defendants
UNITED AIRLINES and
UNITED AVIATION FUELS

_____

[1] I, David Silberman, hereby attest, pursuant to General Order 45, section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                    2                    Case No. C 06-3761 SI
AND [PROPOSED] ORDER

**CASE MANAGEMENT ORDER**

The Court hereby ORDERS that the stay, currently in effect, be continued and that the parties return for a further case management conference on Friday, _____, 2009. The case management conference scheduled for February 27, 2009 is VACATED.

Dated: _____                    _____
                                                                               The Honorable Susan Illston, Judge

L:\LITIGATE\COUNTY\State Board of Equalization- FEDERAL\Pleadings\Stipulation and Order re Seventh CMC.DOC