```
 1  James F. Basile (SBN 228965)
    jbasile@kirkland.com
 2  KIRKLAND & ELLIS LLP
    555 California Street
 3  San Francisco, CA 94104-1501
    Telephone:   415 439-1400
 4  Facsimile:   415 439-1500

 5  Attorneys for Defendants and Respondents
    UNITED AIRLINES and
 6  UNITED AVIATION FUELS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>  Plaintiff and Petitioner,<br><br>v.<br><br>STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20,<br><br>  Defendants and Respondents. | Case No.  C 06-3761 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STIPULATED DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Susan Illston |

Plaintiff COUNTY OF SAN MATEO and Defendants UNITED AIRLINES and UNITED AVIATION FUELS (collectively "United"), hereby stipulate and jointly move to extend time for the parties to file their stipulation for dismissal without prejudice. Pursuant to this Court's order on March 4, 2009, the parties were ordered to file a stipulation for dismissal without prejudice on March 13, 2009. The parties file this stipulation and joint motion because they are unable to meet the current deadline. In accordance with Civil Local Rules 6-1(b), 6-2(a) and 7-12, the parties agree to extend the deadline to file the stipulation for dismissal without prejudice to March 20, 2009.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

CASE NO. C 06-3761 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 13, 2009 | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | By:_____/s/_____<br>James F. Basile |
| 5 | | Attorneys for Defendants<br>UNITED AIRLINES and |
| 6 | | UNITED AVIATION FUELS |
| 7 | Dated: March 13, 2009 | MICHAEL P. MURPHY, COUNTY COUNSEL |
| 8 | | |
| 9 | | |
| 10 | | By:_____/s/_____<br>David A. Silberman, Deputy |
| 11 | | |
| 12 | | Attorneys for Plaintiffs and Petitioners<br>COUNTY OF SAN MATEO |

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME         - 2 -                        CASE NO. C 06-3761 SI

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2     The Court hereby ORDERS that the deadline for filing a stipulation for dismissal without

3 prejudice, pursuant to this Court's order on March 4, 2009, be extended until March 20, 2009.

4 The order to file the stipulation for dismissal without prejudice by March 13, 2009 is hereby

5 VACATED.

6

7

8 Dated: _____ _____

9                                                                The Honorable Susan Illston, Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME - 3 - CASE NO. C 06-3761 SI

**GENERAL ORDER 45 ATTESTATION**

I, James F. Basile, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STIPULATED DISMISSAL WITHOUT PREJUDICE**. In compliance with General Order 45, X.B., I hereby attest that David A. Silberman has concurred in this filing.

/s/
James F. Basile

|   |   |
|---|---|
| 1 | James F. Basile (SBN 228965) |
|   | jbasile@kirkland.com |
| 2 | KIRKLAND & ELLIS LLP |
|   | 555 California Street |
| 3 | San Francisco, CA 94104-1501 |
|   | Telephone: 415 439-1400 |
| 4 | Facsimile: 415 439-1500 |
| 5 | Attorneys for Defendants and Respondents |
|   | UNITED AIRLINES and |
| 6 | UNITED AVIATION FUELS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| COUNTY OF SAN MATEO, | Case No. C 06-3761 SI |
|---|---|
| Plaintiff and Petitioner, | **DECLARATION OF JAMES F. BASILE IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| STATE BOARD OF EQUALIZATION; CITY OF OAKLAND; UNITED AIRLINES; UNITED AVIATION FUELS; and DOES 1-20, | Judge: Hon. Susan Illston |
| Defendants and Respondents. | |

1. I, James F. Basile, am an attorney licensed by the state of California and am admitted to practice before this Court.

2. I am a partner at the firm of Kirkland & Ellis LLP and make the following declaration based upon my own personal knowledge:

3. The parties are not able to file a stipulation for dismissal without prejudice by March 13, 2009 as required by this Court's Order on March 4, 2009.

/ / /

/ / /

/ / /

---

DECLARATION OF JAMES F. BASILE      CASE NO. C 06-3761 SI

4. The parties intend to file their stipulated dismissal without prejudice by March 20, 2009. This small delay will not have any impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 13, 2009 at San Francisco, California

                                      KIRKLAND & ELLIS LLP

                                  By:    *s/ James F. Basile*
                                           James F. Basile

                                           Attorneys for Defendants
                                           UNITED AIRLINES and
                                           UNITED AVIATION FUELS